Argued September 22, affirmed September 22, 1976

# RIETMAN, *Appellant,*
## *v.*
# MOTOR VEHICLES DIVISION, *Respondent.*
## (No. 74-4324, CA No. 5785)
### 554 P2d 1024

■■■■■■■■■■■■■

■■■■■■■■

Keith Rodman, Eugene, attorney for appellant.

W. Michael Gillette, Solicitor General, and Al J. Laue, Assistant Attorney General, Salem, for the respondent.

Before Schwab, Chief Judge, and Thornton and Tanzer, Judges.

Affirmed. *Vaughn v. Motor Vehicles Div.,* 25 Or App 543, 550 P2d 477 (1976).

PER CURIAM